# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PERCY JOHNSON

NO. 2024 KW 0490

**AUGUST 12, 2024**

---

In Re:    Percy Johnson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 60164.

---

**BEFORE:  WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The new rule of criminal procedure announced in **Ramos v. Louisiana**, 590 U.S. 83, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), which provides for unanimity in jury verdicts is not retroactive in Louisiana. **State v. Reddick,** 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. See also **State v. Jackson,** 2022-00720 (La. 5/16/23), 360 So.3d 473 (per curiam). Relator's conviction became final in 1993, after the expiration of the period to seek appellate review. See La. Code Crim. P. art. 914. Therefore, relator's April 5, 2024, application for postconviction relief is untimely. Relator failed to demonstrate that the Article 930.8 exceptions were applicable to his case.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT